Fill in this information to identify the case:

Debtor name: Keystone Pizza Partners, LLC
United States Bankruptcy Court for the: DISTRICT OF KANSAS
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 756 Parkway LLC C/O Lawrence B Diener 25 Main St. Suite 200 Hackensack, NJ 07601 | | | | | | $3,623.54 |
| Borough of Lehighton Municipal Building PO Box 29 Lehighton, PA 18235-0029 | | | | | | $1,413.19 |
| Charles Dillon HC81 Box 618 Questa, NM 87556 | 505-247-8686 | | | | | $7,383.38 |
| Comcast Cable PO BOX 3001 Southeastern, PA 19398 | 800-391-3000 | trade debts | | | | $3,248.75 |
| Good Stewards Realty LP 7733 Main Street Fogelsville, PA 18051 | 484-223-1652 | professional services | | | | $2,372.51 |
| I.P.H.F.H.A. - Ins c/o Commerce Bank P.O. Box 843961 Kansas City, MO 64184-3961 | | professional services | | | | $18,206.34 |
| 450 Skokie Blvd Ste 1000 Northbrook, IL 60062-7917 | | professional services | | | | $13,755.68 |

Debtor **Keystone Pizza Partners, LLC**
Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| I.P.H.F.H.A. - WC C/O Commerce Bank - Lockton PO Box 843961 Kansas City, MO 64184-3961 | | professional services | | | | $35,892.32 |
| IPHFHA, Inc/National 7829 E Rockhill Street Ste 201 Wichita, KS 67206 | | professional services | | | | $944,703.06 |
| K & D Factory Service, Inc. 1833-41 N Cameron St Harrisburg, PA 17103 | 717-236-9039 | trade debt | | | | $15,134.97 |
| McLane Foodservice, Inc. 7188 Collection Center Dr. Chicago, IL 60693 | 800-737-8644 | trade debt | | | | $107,095.64 |
| Pepsi-Cola P.O. Box 75948 Chicago, IL 60675 | 800-963-2424 | | | | | $10,910.98 |
| PH Digico LLC 7829 E Rockhill Street Ste 201 Wichita, KS 67206 | | professional services | | | | $38,298.96 |
| Pizza Hut Connect, LLC 3301 Stober Road Louisville, KY 40213 | | | | | | $9,277.46 |
| Pizza Hut, LLC Attn: Franchise Fees 7100 Corporate Drive Plano, TX 75024 | | Royalty | Disputed | | | $1,159,983.03 |
| PPL Electric Utilities 2 North 9th St RPC-Genn1 Allentown, PA 18101 | 800-342-5775 | | | | | $2,352.98 |
| Restaurant Sup Chain Solutions PO BOX 182056 Columbus, OH 43218-2056 | | | | | | $1,641.16 |

| Debtor | Keystone Pizza Partners, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sharp Mountain Plaza, LLC<br>The Karlton Building<br>308 West Broad St<br>Suite 105<br>Quakertown, PA 18951 | | professional services | | | | $2,173.75 |
| Silbert Realty & Mgmt Co., Inc<br>152 Liberty Corner Road<br>Suite 203<br>Warren, NJ 07059 | 908-604-6900 | professional services | | | | $2,500.00 |
| | | | | | | |