# United States Bankruptcy Court
## District of Kansas

In re  **Keystone Pizza Partners, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| D&J Chubb, LLC | | | 4.5% |
| S. & T. Ravis, Co-Trustee, UTA | | | 1% |
| TNT Pizza Partners, Inc. | | | 94.5% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May 3, 2020**

Signature  **/s/ Bryan C. Neuendorf**  
**Bryan C. Neuendorf**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.